IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| OAKWORTH CAPITAL BANK ) | |
| ) | Case No. 3:23-cv-01145 |
| v. ) | Judge Campbell |
| ) | Magistrate Judge Holmes |
| RC NASHVILLE DEVELOPMENT ) | |
| PARTNERS, LLC and TIMOTHY J. MORRIS ) | |

**O R D E R**

From a review of the docket and procedural developments (or lack thereof), it appears this case is exempt from mandatory initial case management conference under Local Rule 16.01(c)(1).[1] Further, it appears that Plaintiff has filed various dispositive motions against the defendants, Docket Nos. 18 and 21. Plaintiff Timothy J. Morris filed a *pro se* response to the motions. Docket No. 22.[2]

Accordingly, the initial case management conference presently scheduled for January 9, 2023 (Docket No. 5), is **CANCELLED**. A scheduling order will be entered separately following resolution of the pending dispositive motions.

Defendant RC Nashville Development Partners must **RESPOND** to the motion for judgment on the pleadings and motion for entry of default by no later than **January 19, 2024**. The response can only be made by a licensed attorney authorized to act on behalf of Defendant RC

---

[1] Local Rule 16.01(c)(1) provides that "[a]ll actions in which one of the parties appears pro se" are exempt from a mandatory initial case management conference.

[2] Defendant Morris' response appears to be on behalf of both himself and Defendant RC Nashville Development Partners. However, RC Nashville Development Partners can only appear in this case through a licensed attorney. *See Harmer v. Colom*, No. 3:13-00286, 2014 WL 993319, at *1 (M.D. Tenn. March 13, 2014) ( limited liability companies cannot appear in federal court except through counsel). Because these is no indication that Defendant Morris is a licensed attorney, he cannot act on behalf of RC Nashville Development Partners.

Nashville Development Partners.  **Defendant RC Nashville Development Partners is cautioned that failure to timely and properly respond through a licensed attorney may result in entry of judgment against it.**

The Clerk is **DIRECTED** to send a copy of this Order by first class mail only to Defendants Timothy Morris and RC Nashville Development Partners at:

> Timothy Morris
> 6001 Highway A1A PMB 8359
> Vero Beach, FL 32963
>
> Timothy Morris
> 660 Ocean Road
> Vero Beach, FL  32963
>
> RC Nashville Development Partners, LLC
> R/A: DW Services of Tennessee, LLC
> 424 Church Street, Suite 800
> Nashville, TN  37219

and by email to Timothy Morris at tim@m2developmentpartners.com.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge