IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OAKWORTH CAPITAL BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RC NASHVILLE DEVELOPMENT ) <br> PARTNERS, LLC and TIMOTHY J. ) <br> MORRIS, ) <br> ) <br> Defendants. ) | NO. 3:23-cv-01145 <br> JUDGE RICHARDSON |

## **JUDGMENT**

For the reasons discussed in the accompanying Order entered on this date, judgment is hereby entered for the same amounts calculated in the Order. Specifically, judgment is entered in favor of Plaintiff against Defendant Timothy Morris in the total amount of $10,894,288.33 reflecting the total sum of: compensatory damages of $9,686,340.67; prejudgment interest of $1,143,692.39; and attorney's fees and expenses of $64,255.27. In addition, post-judgment interest on this judgment amount shall accrue under 28 U.S.C. § 1961.

The claims against Defendant RC Nashville Development Partners, LLC remain pending.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE