IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OAKWORTH CAPITAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-01145 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| RC NASHVILLE DEVELOPMENT ) | |
| PARTNERS, LLC and TIMOTHY J. ) | |
| MORRIS, ) | |
| ) | |
| Defendants. | |

## DEFAULT JUDGMENT

For the reasons discussed in the accompanying Order entered on this date, default judgment is hereby entered for the same amounts calculated in the Order. Specifically, judgment is entered in favor of Plaintiff against Defendant RC Nashville Development Partners, LLC in the total amount of $10,830,033.06 reflecting the total sum of: principal amount of $9,686,340.67 and pre-judgment interest of $1,143,692.39 (based upon a prejudgment interest rate of ten percent). In addition, post-judgment interest on this judgment amount shall accrue under 28 U.S.C. § 1961.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE