# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Oakworth Capital Bank | 3:23-cv-01145 |
| DEFENDANT | TYPE OF PROCESS |
| Timothy J. Morris and RC Nashville Development Partners, LLC | Garnishment-Bank Account |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Morgan Stanley Private Bank, National Association
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2000 Westchester Ave., Purchase, New York 10577

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Oakworth Capital Bank
c/o Ross Johnson, Burr & Forman
222 2nd Ave. S., Suite 2000
Nashville, TN 37201

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER: 615-724-3200
DATE: 11/29/2024

RECEIVED 2024 DEC -3 PM 3:34 U.S. MARSHALS SERVICE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 of 2 | 75 | A54 | Detrice Pannell | 12/3/24 |

[X] I hereby certify and return that I have personally served...

Name and title of individual served (if not shown above):
Linda Roggiero  Admin Assistant

Date: 1/15/25   Time: 12:37 pm

Signature of U.S. Marshal or Deputy:
McKutty #2609

REMARKS

Form USM-285
Rev. 03/21