RECEIVED

JAN 2 7 2025

US DISTRICT COURT.
MID DIST TENN

FORM E-7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

OAKWORTH CAPITAL BANK

v.

Case No. 3:23-CV-01145

RC NASHVILLE DEVELOPMENT PARTNERS, LLC
and TIMOTHY J. MORRIS

ANSWER OF GARNISHEE FOR FUNDS OTHER THAN SALARIES,
WAGES OR EARNINGS OF JUDGMENT DEBTOR

Comes the garnishee, _____Morgan Stanley Private Bank, NA_____, and makes oath as follows:

1. That, at the time of service of this garnishment, the garnishee was indebted to the judgment debtor in

the amount of $10,932,444.33 as a result of __Judgment entered on October 30, 2024__

2. That the garnishee had the following property, debts, or effects belonging to the judgment debtor in his possession or under his control: (If the garnishee is holding a sum of money, list the exact amount; if the property is not money, specify the type of property, debts, or effects.)

   a. At the time of service of the garnishment: __None__

   b. At the time the garnishee answered the garnishment: __None__

   c. Between the time of service of the garnishment and the time the garnishee answered the garnishment:
      None

3. That, to the knowledge and belief of the garnishee, the following other person(s) have in his/their possession or control the following property, debts, or effects belonging to the judgment debtor: (List the name and address of any such person and describe the property, debts, or effects.)
   None

Pursuant to T.C.A. § 26-2-204, by signing below, I certify under oath that the above information is true and correct.

_Diane Day_
Garnishee

This response and the information contained herein are only made on behalf of and only reflect information for Morgan Stanley & Co. LLC, as requested, and are not on behalf of and do not reflect any information for any other affiliates or any other entities or subsidiaries under the ownership of Morgan Stanley (the "Firm"). If you would like addition searched conducted, please re-issue the Levy/Garnishment to Morgan Stanley Smith Barney, LLC.

Case 3:23-cv-01145 ... PageID #: 553

04/21/24 14:59

# FedEx

215-6536FL

**This envelope is only for FedEx Express® shipments.**
You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

↑ Insert shipping document here.

SHIP DATE: 24JAN25
ACTWGT: 0.50 LB
CAD: 110660110/WSXI02400

BILL SENDER

TO CLERK US DISTRICT COURT, MIDDLE DIS
FRED D THOMPSON US COURTHOUSE
719 CHURCH ST
SUITE 1300
NASHVILLE TN 37203
UNITED STATES US

FedEx E

MON - 27 JAN 5:00P
STANDARD OVERNIGHT

37203
TN-US   BNA

2847 2757 0997

X4 RNCA

Print Your Documents

Page 1 of 1