IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OAKWORTH CAPITAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-01145 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| RC NASHVILLE DEVELOPMENT PARTNERS, LLC and TIMOTHY J. MORRIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Judgments have been entered against each defendant in this matter. (Doc. Nos. 42, 51). Since the filing of an answer to a writ of garnishment on January 27, 2025, nothing has been filed on the docket in this case.

Accordingly, the Clerk is directed to close this case.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE